United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

L.E. G.C.,

Plaintiff,

v.

US CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

Case No. 26-cv-08072-KAW

**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, GRANTING MOTION TO PROCEED UNDER A PSEUDONYM, SEALING FILINGS**

Re: Dkt. Nos. 6, 8

On August 4, 2026, Plaintiff L.E.G.C. filed the instant action against Defendants U.S. Citizenship and Immigration Services, Joseph B. Edlow, and Danielle Lehman. (Compl, Dkt. No. 1.) The complaint includes a declaration identifying Plaintiff, which is filed under seal. (Dkt. No. 1-4.) On August 5, 2026, Plaintiff filed a motion for leave to proceed *in forma pauperis* ("IFP Application"). (Dkt. No. 6.) On August 6, 2026, Plaintiff filed a motion to proceed under a pseudonym. (Dkt. No. 8.) The motion also includes a declaration identifying Plaintiff, which is likewise filed under seal. (Dkt. No. 8-2.)

The Court DENIES Plaintiff's IFP Application without prejudice. (Dkt. No. 6.) Plaintiff submitted the short form application, but the Court requires that Plaintiff complete the standard IFP Application found at: https://cand.uscourts.gov/sites/default/files/forms/Application-to-Proceed-In-Forma-Pauperisnon-prisoner.pdf. Plaintiff shall file the completed IFP application within two weeks of the date of this order.

The Court GRANTS Plaintiff's motion to proceed under a pseudonym. (Dkt. No. 8.) The parties shall submit pleadings, briefing, and evidence using pseudonyms for Plaintiff and Plaintiff's family members instead of their real names and other personally identifying information. Because this motion was granted prior to service on Defendants, Defendants may

seek reconsideration if they wish to oppose this order within 60 days of being served with the complaint and summons.

The Court SEALS Dkt. Nos. 1-4 and 8-2. Going forward, should the parties seek to seal information, they must file a proper motion to file under seal in accordance with Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: August 7, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California